ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samvel Manukian, | No.   CV-26-00134-PHX-JJT (MTM) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *et al.*, | |
| Respondents. | |

On January 9, 2026, Petitioner filed a Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus seeking release from immigration detention, citing *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (Doc. 1).  By Order dated January 12, 2026, the Court ordered Respondents to show cause for why the Petition should not be granted.  (Doc. 4).  In Response, Respondents assert that although Petitioner was ordered removed from the country on July 20, 2025, he appealed that order and his appeal remains ongoing.  As such, Respondents assert, Petitioner's order of removal is not final, and any relief under *Zadvydas* is premature.

Respondents' response was filed on January 16, 2026.  The current status of Petitioner's appeal is unclear, and the Court is thus unable to determine whether Petitioner's claim is premature.

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that within **FIVE (5) DAYS** of the date of this Order, the parties must submit a joint status update advising as to the present status of Petitioner's appeal before the BIA.

Dated this 5th day of March, 2026.

Honorable John J. Tuchi
United States District Judge